Blake P. Loebs (SBN: 145790)
bloebs@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
Brandon W. Halter (SBN: 289687)
bhalter@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants City of Richmond,
Police Chief Chris Magnus, and Police Chief
Allwyn Brown

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| JASMINE ABUSLIN,<br><br>       Plaintiff,<br><br>       v.<br><br>CITY OF RICHMOND; POLICE CHIEF CHRIS MAGNUS; POLICE CHIEF ALLWYN BROWN; LT. BRIAN DICKERSON; LT. ANDRE HILL; SERGEANT ARMONDO MORENO; SERGEANT MIKE ROOD; OFFICER JERRED TONG; OFFICER TERRANCE JACKSON; and Does 1-200, individually jointly and severally,<br><br>       Defendants. | Case No. 3:17-cv-04804-LB<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

1    Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants are required to
2 respond to the First Amended Complaint (Dkt. 7, the "FAC") by November 24, 2017.  However,
3 pursuant to Rule 6-1 of the Local Rules for the U.S. District Court for the Northern District of
4 California, the Parties instead hereby stipulate that all Defendants shall have until December 18,
5 2017 to respond to the FAC.

6    The Parties further stipulate that the initial Case Management Conference, currently
7 scheduled for November 30, 2017, as well as all associated deadlines, shall be continued to a date
8 after December 18, 2017.

11  DATED:  November 16, 2017          Respectfully submitted,

12                                    MEYERS, NAVE, RIBACK, SILVER & WILSON

14                                    By:      /S/  Blake P. Loebs
                                          Blake P. Loebs
15                                        Attorneys for Defendants City of Richmond,
                                          Police Chief Chris Magnus and Police Chief
16                                        Allwyn Brown

18  DATED:  November 16, 2017          McNAMARA, NEY, BEATTY, SLATTERY,
                                       BORGES & AMBACHER LLP

20                                    By:      /S/  Noah Blechman
                                          Noah Blechman
21                                        Attorneys for Defendants Lt. Andre Hill, Sgt.
                                          Armondo Moreno, Sgt. Mike Rood, Officer Jerred
22                                        Tong and Officer Terrance Jackson

24  DATED:  November 16, 2017          THE LAW OFFICES OF JOHN L. BURRIS

26                                    By:      /S/  Ben Nisenbaum
                                          Ben Nisenbaum
27                                        Attorneys for Plaintiff Jasmine Abuslin

**Attestation of Concurrence in the Filing**

The filer, Blake P. Loebs, attests that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the above Stipulation is accepted and adopted as the Order of this Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES MAGISTRATE JUDGE

2887836.1