Blake P. Loebs (SBN: 145790)
bloebs@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
Brandon W. Halter (SBN: 289687)
bhalter@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants City of Richmond,
Police Chief Chris Magnus, and Police Chief
Allwyn Brown

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| JASMINE ABUSLIN,<br><br>              Plaintiff,<br><br>       v.<br><br>CITY OF RICHMOND; POLICE CHIEF CHRIS MAGNUS; POLICE CHIEF ALLWYN BROWN; LT. BRIAN DICKERSON; LT. ANDRE HILL; SERGEANT ARMONDO MORENO; SERGEANT MIKE ROOD; OFFICER JERRED TONG; OFFICER TERRANCE JACKSON; and Does 1-200, individually jointly and severally,<br><br>              Defendants. | Case No. 4:17-cv-04804-JSW<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT** |

Pursuant to the Parties' stipulation of November 16, 2017, and the Court's November 17, 2017 Order (Dkt. 10), Defendants are required to respond to the First Amended Complaint (Dkt. 7, the "FAC") by December 18, 2017. However, the Parties have met and conferred concerning Defendants' objections to the FAC, and Plaintiff has agreed to further amend her complaint in response to Defendants' objections. Defendants do not object to Plaintiff further amending her complaint. Accordingly, the Parties hereby agree that Plaintiff shall file an amended complaint no later than December 22, 2017, and further agree that Defendants shall respond to such amended complaint no later than 45 days from the date it is filed.

DATED: December 14, 2017

Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By:     /s/ Blake P. Loebs
Blake P. Loebs
Attorneys for Defendants City of Richmond, Police Chief Chris Magnus and Police Chief Allwyn Brown

DATED: December 14, 2017

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By:     /s/ Noah Blechman
Noah Blechman
Attorneys for Defendants Lt. Andre Hill, Sgt. Armondo Moreno, Sgt. Mike Rood, Officer Jerred Tong and Officer Terrance Jackson

DATED: December 14, 2017

THE LAW OFFICES OF JOHN L. BURRIS

By:     /s/ Ben Nisenbaum
Ben Nisenbaum
Attorneys for Plaintiff Jasmine Abuslin

**Attestation of Concurrence in the Filing**

The filer, Blake P. Loebs, attests that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the above Stipulation is accepted and adopted as the Order of this Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
                                UNITED STATES DISTRICT COURT JUDGE

2902571.1