JOHN L. BURRIS, Esq., SBN 69888
BEN NISENBAUM, Esq., SBN 222173
ADANTE D. POINTER, Esq., SBN 236229
LATEEF H. GRAY, Esq., SBN 250055
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com
Lateef.Gray@johnburrislaw.com

CHARLES A. BONNER, ESQ., SB# 85413
A.  CABRAL BONNER, ESQ., SB# 247528
**LAW OFFICES OF BONNER & BONNER**
475 GATE FIVE RD, SUITE 212 SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
charles@bonnerlaw.com
cabral@bonnerlaw.com

Attorneys for Plaintiff
JASMINE ABUSLIN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASMINE ABUSLIN,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>CITY OF RICHMOND; POLICE CHIEF CHRIS MAGNUS; POLICE CHIEF ALLWYN BROWN; LT. BRIAN DICKERSON; LT. ANDRE HILL; SERGEANT ARMONDO MORENO; SERGEANT MIKE ROOD; OFFICER JERRED TONG; OFFICER TERRANCE JACKSON; and Does 1-200, individually, jointly and severally.<br><br>　　　　　　　Defendants. | Case No. 3:17-cv-04804 JSW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL  - Case No.  3:17-cv-04804 JSW

1

IT IS HEREBY STIPULATED by and between Plaintiff Jasmine Abuslin and Defendants City of Richmond, Police Chief Chris Magnus, Police Chief Allwyin Brown, Lt. Brian Dickerson, Lt. Andre Hill, Sergeant Armando Moreno, Sergeant Mike Rood, Officer Jerred Tong, and Officer Terrance Jackson, by and through their designated counsel, that the above-captioned action be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party to bear its costs and fees.

DATE:  January 10, 2018         LAW OFFICES OF JOHN L. BURRIS

By:  /s/*Benjamin Nisenbaum*
     Ben Nisenbaum
     Attorneys for Plaintiff
     JASMINE ABUSLIN

DATE:  January 10, 2018         MEYERS, NAVE, RIBACK, SILVER & WILSON

By:   /s/ Blake P. Loebs
      Blake P. Loebs
      Attorneys for Defendants City of Richmond,
      Police Chief Chris Magnus, Police Chief
      Allwyn Brown, and Lt. Brian Dickerson

DATE: January 10, 2018         McNAMARA, NEY, BEATTY, SLATTERY,
                               BORGES & AMBACHER LLP

By:   /s/ Noah Blechman
      Noah Blechman
      Attorneys for Defendants Lt. Andre Hill,
      Armondo Moreno, Sgt. Mike Rood, Officer
      Jerred Tong and Officer Terrance Jackson

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL  - Case No.  3:17-cv-04804 JSW

2

1
2 **ORDER**
3
4 IT IS HEREBY ORDERED:
5     The case is dismissed in its entirety with prejudice, each party to bear their own fees
6 and costs.
7
8
9 DATE: January 17, 2018      _____
10                                         HON. JEFFREY S. WHITE
                                     United States District Court Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28